# Exhibit 1

Florida Department of State  DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
SOSA ENTERPRISES CORP.

### Filing Information

| | |
|---|---|
| **Document Number** | P13000091654 |
| **FEI/EIN Number** | 46-4084226 |
| **Date Filed** | 11/08/2013 |
| **Effective Date** | 11/01/2013 |
| **State** | FL |
| **Status** | INACTIVE |
| **Last Event** | VOLUNTARY DISSOLUTION |
| **Event Date Filed** | 02/27/2017 |
| **Event Effective Date** | NONE |

### Principal Address

SHANNON OAK CT.
2826
SAINT CLOUD, FL 34769

### Mailing Address

SHANNON OAK CT.
2826
SAINT CLOUD, FL 34769

### Registered Agent Name & Address

SOSA, NORMA M
SHANNON OAK CT
2826
SAINT CLOUD, FL 34769

### Officer/Director Detail

**Name & Address**

Title P

SOSA, NORMA M
2826 SHANNON OAK CT
SAINT CLOUD, FL 34769

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2014 | 04/28/2014 |

| | |
|---|---|
| 2015 | 04/28/2015 |
| 2016 | 04/29/2016 |

**Document Images**

| | |
|---|---|
| 04/29/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2015 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2014 -- ANNUAL REPORT | View image in PDF format |
| 11/08/2013 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations