# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONIA PARKER | § | |
|     Plaintiff | § | |
| VS. | § | CIVIL ACTION NO.:_____ |
| | § | (State Cause No. 2017-08824) |
| MIGUEL ALVAREZ, AND SOSA | § | |
| ENTERPRISES CORP. | § | |
|     Defendants | § | |

## INDEX OF MATTERS BEING FILED

Defendants Miguel Alvarez and Sosa Enterprises Corp.'s Notice of Removal with supporting Exhibits:

- Exhibit B—State Court Docket Sheet

- Exhibit C—Plaintiff's Original Petition

- Exhibit D—Defendants Miguel Alvarez and Sosa Enterprises Corp.'s Original Answers

- Exhibit E—List of all counsel of record

29379012.1