# Exhibit B

| HCDistrictclerk.com | PARKER, SONIA vs. ALVAREZ, MIGUEL<br>Cause: 201708824    CDI: 7    Court: 165 | 4/5/2017 |
|---|---|---|

## APPEALS
No Appeals found.

## COST STATMENTS
No Cost Statments found.

## TRANSFERS
No Transfers found.

## POST TRIAL WRITS
No Post Trial Writs found.

## ABSTRACTS
No Abstracts found.

## SETTINGS
No Settings found.

## NOTICES
No Notices found.

## SUMMARY

### CASE DETAILS
| | |
|---|---|
| **File Date** | 2/8/2017 |
| **Case (Cause) Location** | Civil Intake 1st Floor |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Motor Vehicle Accident |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 2/8/2017 |

### CURRENT PRESIDING JUDGE
| | |
|---|---|
| **Court** | 165th |
| **Address** | 201 CAROLINE (Floor: 12)<br>HOUSTON, TX 77002<br>Phone:7133686270 |
| **JudgeName** | URSULA A. HALL |
| **Court Type** | Civil |

## ACTIVE PARTIES

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| PARKER, SONIA | PLAINTIFF - CIVIL | | ROEBUCK, JEFFREY THOMAS |
| ALVAREZ, MIGUEL<br>2826 SHANNON OAK COURT, ST CLOUD, FL 34769 | DEFENDANT - CIVIL | | LEWIS, F. BARHAM JR. |
| SOSA ENTERPRISES CORP | DEFENDANT - CIVIL | | LEWIS, F. BARHAM JR. |
| SOSA ENTERPRISES CORP (A CORPORATION BASED IN FLORIDA) BY SERVING | REGISTERED AGENT | | LEWIS, F. BARHAM JR. |

2826 SHANNON OAK CT, ST CLOUD, FL 34769

## INACTIVE PARTIES
No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|---|---|---|---|---|---|---|---|
| 3/31/2017 | ANSWER ORIGINAL PETITION | | | 0 | | LEWIS, F. BARHAM JR. | ALVAREZ, MIGUEL |
| 3/28/2017 | ANSWER ORIGINAL PETITION | | | 0 | | LEWIS, F. BARHAM JR. | SOSA ENTERPRISES CORP |
| 3/28/2017 | ANSWER ORIGINAL PETITION | | | 0 | | LEWIS, F. BARHAM JR. | SOSA ENTERPRISES CORP (A CORPORATION BASED IN FLORIDA) BY SERVING |
| 2/8/2017 | JURY FEE PAID (TRCP 216) | | | 0 | | | |
| 2/8/2017 | ORIGINAL PETITION | | | 0 | | ROEBUCK, JEFFREY THOMAS | PARKER, SONIA |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|---|---|---|---|---|---|---|---|---|---|---|
| CITATION (NON-RESIDENT CORPORATE) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | SOSA ENTERPRISES CORP (A CORPORATION BASED IN FLORIDA) BY SERVING | 2/8/2017 | 2/9/2017 | | | | 73339707 | MAIL TO ATTORNEY |
| CITATION (NON-RESIDENT) | SERVICE ISSUED/IN POSSESSION OF SERVING AGENCY | ORIGINAL PETITION | ALVAREZ, MIGUEL | 2/8/2017 | 2/9/2017 | | | | 73339710 | MAIL TO ATTORNEY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 74498870 | Defendant Miguel Alvarez' Original Answer | | 03/31/2017 | 3 |
| 74464684 | Defendant Sosa Enterprises Corp's Original Answer | | 03/28/2017 | 3 |
| 73760929 | Plaintiffs Original Petition | | 02/08/2017 | 5 |
| -> 73760930 | Civil Case Information Sheet | | 02/08/2017 | 1 |
| -> 73760931 | Civil Process Request | | 02/08/2017 | 1 |